**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50157 |
| Plaintiff - Appellee, | D.C. No. 3:14-cr-01032-BTM |
| v. | |
| EDWIN HERNANDEZ-TREJO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Barry Ted Moskowitz, Chief Judge, Presiding

Submitted June 14, 2016[**]

Before:     BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Edwin Hernandez-Trejo appeals from the district court's judgment and

challenges his jury-trial conviction and 66-month sentence for importation of

methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. Pursuant to *Anders*

*v. California*, 386 U.S. 738 (1967), Hernandez-Trejo's counsel has filed a brief

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Hernandez-Trejo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

We grant Hernandez-Trejo's motion to file corrected excerpts of record. The Clerk shall file the excerpts of record submitted on April 29, 2016.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**